IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH N. MECCA, on behalf of Himself and all others similarly situated, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00353 |
| PROCOLLECT, INC., | § § § | |
| *Defendant*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joseph E. Mecca and Defendant ProCollect, Inc. stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice, with each party to bear their own attorney's fees and costs.

AGREED AS TO FORM AND CONTENT:

By: /s/ *Marwan R. Daher*
    MARWAN R. DAHER

SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
(630) 537-1770 – Telephone
mdaher@sulaimanlaw.com

ATTORNEYS FOR PLAINTIFF
JOSEPH N. MECCA

By: *s/ John W. Bowdich (with consent)*
    JOHN W. BOWDICH
    TX State Bar No. 00796233

BOWDICH & ASSOCIATES, PLLC
8150 N. Central Expy., Ste. 500
Dallas, Texas 75206
(214) 307-9500 – Telephone
(214) 307-5137 – Telecopy
jbowdich@bowdichlaw.com

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher