United States District Court
Southern District of Texas
**ENTERED**
November 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH N. MECCA, on behalf of Himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PROCOLLECT, INC.,<br><br>*Defendant*. | §§§§§§§§§§§ Civil Action No. 4:20-cv-00353 |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Joseph E. Mecca ("Plaintiff"), by and through his attorneys, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: 11/06/2020

_____
Judge, U.S. District Court